UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Search Warrants: AMA Laboratories, Inc.

**ORDER**
17 MJ 9109 (PED)

PAUL E. DAVISON, U.S.M.J.:

AMA's request for disclosure of the Government's *in camera* submission is **DENIED**.[1]

AMA's request for an extension of time (of unspecified duration) to respond to the Government's November 22, 2017 letter is **GRANTED**. AMA shall submit any such reply on or before December 15, 2017.

Dated: December 8, 2017
White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.

---

[1] This matter has been transferred to the undersigned, pursuant to this Court's ordinary procedures, because this Court approved the earliest of the multiple warrants authorizing searches at AMA's business premises.